# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2015

## NO. 03-15-00396-CV

**K. D., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on June 17, 2015. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.